1  Matthew F. Archbold (SBN 210369)
   matthew@yourlaborlawyers.com
2  David D. Deason (SBN 207733)
   david@yourlaborlawyers.com
3  DEASON & ARCHBOLD
   3300 Irvine Avenue, Suite 245
4  Newport Beach, CA 92660
   Telephone: (949) 794-9560
5  Facsimile:    (949) 794-9517

6  Attorneys for Plaintiff/Class Members

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

PETER ANCHONDO,                  ) Case No. SACV04-1453 JVS (MLGx)
                                 )
         Plaintiff,              ) [FLSA CLASS ACTION UNDER 29
                                 ) U.S.C. §216(b)]
     vs.                         )
                                 )
FACTICON INCORPORATED, a         ) **ORDER GRANTING PLAINTIFF'S AND**
Pennsylvania corporation, et     ) **CLASS MEMBERS' EX PARTE**
al.                              ) **APPLICATION FOR TEMPORARY**
                                 ) **RESTRAINING ORDER AND**
         Defendants.             ) **APPLICATION FOR OSC RE:**
                                 ) **PRELIMINARY INJUNCTION**
                                 )
                                 ) [Filed concurrently with
                                 ) Plaintiff's/Class Members' Ex
                                 ) Parte Application for Temporary
                                 ) Restraining Order and
                                 ) Application for OSC Re:
                                 ) Preliminary Injunction;
                                 ) Memorandum of Points and
                                 ) Authorities in Support Thereof;
                                 ) and Declaration of Matthew F.
                                 ) Archbold.]
                                 )
                                 )

/ / / /

0

On proof made to the satisfaction of the Court, IT IS HEREBY ORDERED that:

1. Defendants shall not sell, liquidate, convey, convert, transfer, or further encumber whatsoever, any GlobalOptions stock that was used as consideration in the sale of Facticon to GlobalOptions;

2. An Order to Show Cause re: Preliminary Injunction is hereby set for March 7, 2008 at 1:30 p.m. as to why Defendants should not be permanently enjoined from selling, liquidating, conveying, converting, transferring, or further encumbering any GlobalOptions stock that was used as consideration in the sale of Facticon to GlobalOptions pending the ultimate resolution of this case, including the completion of any appeals. Any opposition shall be filed by noon March 3, 2008, and any reply by noon March 6, 2008; all service to be personal, electronic or by fax; and

DATED: February 25, 2008

_____
The Honorable James V. Selna
Judge of the District Court